**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Anchor Blue Holding Corp., et al.,[1] | Case No. 11-10110 (PJW) |
| Debtors. | Joint Administration Requested |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JANUARY 12, 2011 AT 2:30 P.M. (ET)**

**RELATED MATTERS**

1. Voluntary Chapter 11 Petition Packages – Anchor Blue Holding Corp. [Docket No. 1, 1/11/11]

    a. Anchor Blue Holding Corp. [Case No. 11-10110]

    b. Anchor Blue, Inc. [Case No. 11-10111]

2. Declaration of Thomas A. Shaw in Support of First Day Motions [Docket No. 2, 1/11/11]

**MATTERS GOING FORWARD**

3. Motion of the Debtors and Debtors-In-Possession for Entry of an Order Directing Joint Administration of Their Related Chapter 11 Cases [Docket No. 3, 1/11/11]

    Status: This matter is going forward.

4. Debtors' Motion for an Order Extending the Time to File Schedules and Statements of Financial Affairs [Docket No. 4, 1/11/11]

    Status: This matter is going forward.

5. Application of the Debtors for an Order Authorizing the Retention of Epiq Bankruptcy Solutions, LLC as Official Claims, Noticing and Balloting Agent as of the Petition Date [Docket No. 5, 1/11/11]

    Status: This matter is going forward.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Anchor Blue Holding Corp. (1314) and Anchor Blue, Inc. (9916). The mailing address for both of the Debtors is 1260 Corona Pointe Ct., Corona, CA 92879.

6. Debtors' Motion for an Order Authorizing the Debtors to Pay Prepetition Sales and Use Taxes and Related Obligations [Docket No. 6, 1/11/11]

   Status:  This matter is going forward.

7. Debtors' Motion for Entry of an Order Pursuant to Section 503(b) of the Bankruptcy Code Granting Administrative Priority Status for Undisputed Obligations to Vendors Arising From the Postpetition Delivery or Receipt of Goods Ordered Prepetition and Authorizing the Debtors to Pay Such Obligations in the Ordinary Course of Business [Docket No. 7, 1/11/11]

   Status:  This matter is going forward.

8. Debtors' Motion for Entry of an Interim and Final Order, *Inter Alia*, Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services Docket No. 8, 1/11/11]

   Status:  This matter is going forward.

9. Debtors' Motion for Entry of an Order (A) Authorizing Debtors to (i) Continue Use of Existing Cash Management System, Bank Accounts and Business Forms and (ii) Authorizing Debtors to Open New Debtor-In-Possession Accounts, and (B) Extending the Debtors' Time to Comply With Section 345(b) of the Bankruptcy Code [Docket No. 9, 1/11/11]

   Status:  This matter is going forward.

10. Motion of the Debtors Pursuant to 11 U.S.C. §§ 105(a), 361 and 363(b) Authorizing the Debtors to (i) Maintain Existing Insurance Policies and Continue Honoring Insurance Premium Financing Agreements, (ii) Continue Grant of Security Interest to Premium Assignment Corporation and (iii) Enter Into New Insurance Policies [Docket No. 10, 1/11/11]

    Status:  This matter is going forward.

11. Debtors' Motion for Entry of an Order Authorizing the Debtors to Pay Prepetition Amounts Owed to Common Carriers and Customs Brokers [Docket No. 11, 1/11/11]

    Status:  This matter is going forward.

12. Debtors' Motion for Entry of an Order Authorizing the Debtors to Continue to Honor Customer Programs on a Temporary Basis [Docket No. 12, 1/11/11]

    Status:  This matter is going forward.

13. Motion of the Debtors and Debtors in Possession for Entry of an Order (A) Authorizing Debtors to (i) Pay Certain Prepetition Employee Obligations, and (ii) Continue Certain Employee Obligations in the Ordinary Course Postpetition and (B) Authorizing and Directing Financial Institutions to Honor All Related Checks and Electronic Payment Requests [Docket No. 13 1/11/11]

    Status: This matter is going forward.

14. Emergency Motion for Interim and Final Orders (i) Authorizing (A) Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and (B) Grant of Adequate Protection Pursuant to 11 U.S.C. §§ 363 and 364 and (ii) Scheduling a Final Hearing Thereon [Docket No. 14, 1/11/11]

    Status: This matter is going forward.

15. Motion of the Debtors for Entry of Order Authorizing and Approving (i) Assumption of Agency Agreement, (ii) Continued Store Closing Sales, (iii) Granting of Lien to Agent, (iv) Abandonment of Property, (v) Payment of a Break-Up Fee, and (vi) Other Related Relief [Docket No. 15, 1/11/11]

    Status: This matter is going forward.

Dated: Wilmington, Delaware  YOUNG CONAWAY STARGATT & TAYLOR, LLP
January 11, 2011

                                                        */s/ Kenneth J. Enos*
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

MORGAN LEWIS & BOCKIUS LLP
Neil E. Herman
Annie C. Wells
101 Park Avenue
New York, New York 10178-0060
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

*Proposed Counsel for Debtors and Debtors-in-Possession*