IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Anchor Blue Holding Corp., et al.,[1] | Case No. 11-10110 (PJW) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 15 |

## CERTIFICATION OF COUNSEL REGARDING ORDER AUTHORIZING AND APPROVING (I) ASSUMPTION OF AGENCY AGREEMENT, (II) CONTINUED STORE CLOSING SALES, (III) GRANTING OF LIEN TO AGENT, (IV) ABANDONMENT OF PROPERTY, (V) PAYMENT OF A BREAK-UP FEE, AND (VI) OTHER RELATED RELIEF

On January 12, 2011, the Court held a hearing (the "Hearing") to consider the *Motion of the Debtors for Entry of Order Authorizing and Approving (i) Assumption of Agency Agreement, (ii) Continued Store Closing Sales, (iii) Granting of Lien to Agent, (iv) Abandonment of Property, (v) Payment of a Break-Up Fee, and (vi) Other Related Relief* [Docket No. 15] (the "GOB Motion").[2] As set forth on the record at the Hearing, the Court indicated that it would approve the relief requested in the GOB Motion. At the conclusion of the Court's ruling, the Debtors requested permission to submit a proposed form of Order (the "GOB Order") granting the relief requested in the GOB Motion under certification of counsel so that certain further changes, agreed upon by parties-in-interest, could be incorporated.

At this time, the parties have agreed to the proposed GOB Order annexed hereto as Exhibit A. Attached hereto as Exhibit B is a blackline reflecting revisions made to the version of the GOB Order filed with the GOB Motion.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Anchor Blue Holding Corp. (1314) and Anchor Blue, Inc. (9916). The mailing address for both of the Debtors is 1260 Corona Pointe Court, Corona, CA 92879.

[2] All terms not otherwise defined herein shall be given the meanings ascribed to them in the GOB Motion.

Based on the foregoing, the Debtors respectfully request that the Court enter the proposed GOB Order, annexed hereto as <u>Exhibit A</u>, at its earliest convenience.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>January 13, 2011 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>/s/ *Andrew L. Magaziner*<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Kenneth J. Enos (No. 4544)<br>Andrew L. Magaziner (No. 5426)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>-and-<br><br>MORGAN LEWIS & BOCKIUS LLP<br>Neil E. Herman<br>101 Park Avenue<br>New York, New York 10178-0060<br>Telephone: (212) 309-6000<br>Facsimile: (212) 309-6001<br><br>*Proposed Counsel for Debtors and Debtors-in-Possession* |