IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Anchor Blue Holding Corp., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 11-10110 (PJW)<br><br>Joint Administration Requested<br><br>Objection Deadline: January 20, 2011 at 4:00 p.m. (ET)<br>Hearing Date: January 21, 2011 at 11:00 a.m. (ET)<br><br>Ref. Docket Nos. 15 and 52 |

## NOTICE OF HEARING

TO: (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) THE DEBTORS' THIRTY (30) LARGEST UNSECURED CREDITORS ON A CONSOLIDATED BASIS; (III) COUNSEL TO THE DEBTORS' PREPETITION FIRST LIEN LENDER; (IV) COUNSEL TO THE AGENT FOR THE DEBTORS' PREPETITION SECOND LIEN LENDERS; (V) COUNSEL TO THE DEBTORS' PREPETITION SUBORDINATED LENDER; (VI) THE INTERNAL REVENUE SERVICE; (VII) THE OFFICE OF THE UNITED STATES ATTORNEY FOR THE DISTRICT OF DELAWARE; (VIII) COUNSEL TO THE DEBTORS' EQUITY SPONSOR; (IX) APPLICABLE STATE REGULATORY AUTHORITIES/THE ATTORNEY GENERAL'S OFFICE FOR EACH STATE WHERE THE STORE CLOSING SALES ARE BEING HELD; (X) THE LANDLORDS TO THE CLOSING STORES; AND (XI) ALL PARTIES THAT HAVE REQUESTED NOTICE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2002

PLEASE TAKE NOTICE that on January 11, 2011, the above-captioned debtors and debtors-in-possession (each a "Debtor" and collectively, the "Debtors") filed the **Motion of the Debtors for Entry of Order Authorizing and Approving (i) Assumption of Agency Agreement, (ii) Continued Store Closing Sales, (iii) Granting of Lien to Agent, (iv) Abandonment of Property, (v) Payment of a Break-Up Fee, and (vi) Other Related Relief** [Docket No. 15] (the "Motion"). On January 13, 2011, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [Docket No. 52] (the "Order") approving the Motion.

PLEASE TAKE FURTHER NOTICE that any objections (collectively, the "Objections") to the entry of the Order must be filed on or before **January 20, 2011 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801. At the same time, you

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Anchor Blue Holding Corp. (1314) and Anchor Blue, Inc. (9916). The mailing address for both of the Debtors is 1260 Corona Pointe Ct., Corona, CA 92879.

must serve a copy of the Objection upon the following so as to be received on or before the Objection Deadline: (i) Debtors' proposed counsel, Morgan Lewis & Bockius LLP (Attn: Neil E. Herman, Esq.), 101 Park Avenue, New York, New York 10178-0060 and Young Conaway Stargatt & Taylor, LLP (Attn: Michael R. nestor, Esquire), 1000 West Street, 17th Floor, Wilmington, Delaware 19801; and (ii) the Agent, Gordon Brothers Retail Partners, LLC (Attn: Michael Chartock), 101 Huntington Avenue, 10th Floor, Boston, MA 02199 and Hilco Merchant Resources, LLC (Attn: Joseph Malfitano), 5 Revere Drive, Northbrook, IL 60062.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE OBJECTIONS WILL BE HELD ON **JANUARY 21, 2011 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE PETER J. WALSH, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801.

Dated: Wilmington, Delaware
January 13, 2011

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Kenneth J. Enos*
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

MORGAN LEWIS & BOCKIUS LLP
Neil E. Herman
101 Park Avenue
New York, New York 10178-0060
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

*Proposed Counsel for Debtors and Debtors-in-Possession*